IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     14-cv-01859-RBJ | Date:  July 23, 2015 |
| Courtroom Deputy: Robert R. Keech | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| COLORADO HOSPITALITY SERVICES INC | *Marie E. Drake* |
| | *Michael W. Duffy* |
| | *Thomas J. Loucks* |
| | *Angela M. Schmitz* |
| **Plaintiff** | |
| v. | |
| OWNERS INSURANCE COMPANY | *Gregory Giometti* |
| | *Mark E. Honhart* |
| **Defendant** | |

### COURTROOM MINUTES

**JURY TRIAL DAY FOUR**

**9:00 a.m.**     **Court in Session – jury not present.**

　　　　　　　Discussion regarding clause in the policy and discussion related to issue of damages related to the breach of contract claim.

**ORDERED:**  Court will prepare its own jury instructions.

9:17 a.m.     Discussion regarding the fact that there are four witnesses remaining.

**9:19 a.m.**     **Jury escorted into the courtroom.**

　　　　　　　Court's remarks to jury regarding schedule for today.

9:20 a.m.     Defendant's witness, **Peter Marxhausen**, resumes and remains under oath.

9:20 a.m.     Cross examination of Mr. Marxhausen continues by Mr. Duffy.

| | |
|---|---|
| 9:40 a.m. | Re-Direct examination of Mr. Marxhausen by Mr. Giometti. |
| 9:52 a.m. | Defendant's witness, **William J. Badini**, called and sworn. |
| 9:52 a.m. | Direct examination of Mr. Badini by Mr. Honhart.<br>**Exhibits Y, X are admitted.** |
| **10:42 a.m.** | **Court in recess – jury escorted out.** |
| **11:06 a.m.** | **Court in session – jury escorted in.** |
| | Defendant's witness, **William J. Badini**, resumes. |
| 11:08 a.m. | Direct examination of Mr. Badini continues by Mr. Honhart. |
| 11:22 a.m. | Cross examination of Mr. Badini by Mr. Duffy. |
| 11:51 a.m. | Re-Direct examination of Mr. Badini by Mr. Honhart. |
| 11:55 a.m. | Juror question 6 reviewed at the bench.<br><br>Juror questions 6 asked of Mr. Badini by the Court. |
| 11:57 a.m. | Juror question 7 reviewed at the bench.<br><br>Juror question 7 asked of Mr. Badini by the Court. |
| 11:59 a.m. | Re-Direct examination of Mr. Badini by Mr. Honhart. |
| 12:00 p.m. | Re-Cross examination of Mr. Badini by Mr. Duffy. |
| **12:02 p.m.** | **Jury escorted out.** |
| | Discussion regarding jury instructions and verdict form. |
| **12:11 p.m.** | **Court in recess.** |
| **1:35 p.m.** | **Court in session - jury escorted in.** |
| 1:36 p.m. | Defendant's witness, **Bruce Lee Mardick**, called and sworn. |
| | Direct examination of Mr. Mardick by Mr. Giometti.<br>**Exhibits W, V (pp. 8 and 10 only) offered and admitted.** |
| 2:01 p.m. | Cross examination of Mr. Mardick by Mr. Duffy.<br>**Exhibit 40 offered and admitted.** |
| 2:19 p.m. | Re-Direct examination of Mr. Mardick by Mr. Giometti. |

| | |
|---|---|
| 2:20 p.m. | Juror question 8 reviewed at the bench. |
| | Juror question 8 asked of Mr. Mardick by the Court. |
| 2:22 p.m. | Juror question 9 reviewed at the bench. |
| | Juror question 9 asked of Mr. Mardick by the Court. |
| 2:23 p.m. | Re-Direct examination of Mr. Mardick by Mr. Giometti. |
| 2:25 p.m. | Re-Cross examination of Mr. Mardick by Mr. Duffy. |
| 2:28 p.m. | Defendant's witness, **David Peterson**, called and sworn. |
| | Direct examination of Mr. Peterson by Mr. Honhart. **Exhibit Z offered and admitted.** |
| 2:36 p.m. | Voir dire of Mr. Peterson by Mr. Duffy. |
| 2:37 p.m. | Direct examination of Mr. Peterson by Mr. Honhart. |
| 2:56 p.m. | Cross examination of Mr. Peterson by Mr. Duffy. |
| 3:04 p.m. | Juror questions 10 and 11 reviewed at the bench. |
| | Juror questions 10 and 11 asked of Mr. Peterson by the Court. |
| 3:13 p.m. | Re-Cross examination of Mr. Peterson by Mr. Duffy. |
| 3:17 p.m. | Defendant rests. |
| 3:17 p.m. | Plaintiff has no rebuttal evidence to present. |
| 3:19 p.m. | Jury excused and shall return on Monday, July 27, 2015, at 9:00 a.m. |
| **ORDERED:** | Jurors shall be provided lunch during deliberations starting on **Monday, July 27, 2015.** |
| **3:20 p.m.** | **Court in recess - jury escorted out.** |
| **3:31 p.m.** | **Court in session - jury not present.** |
| | Plaintiff's Motion for Directed Verdict Regarding Waiver of Date of Loss Defense [ECF Doc. No. 83], filed July 23, 2015, is raised for argument. |
| 3:34 p.m. | Argument by Ms. Drake. |

3:37 p.m.   Argument by Mr. Giometti.

Court makes findings.

**ORDERED:**   Plaintiff's Motion for Directed Verdict Regarding Waiver of Date of Loss Defense [ECF Doc. No. 83], filed July 23, 2015, is **DENIED.**

3:52 p.m.   Discussion regarding jury instructions.

Plaintiff's proposed jury instruction 1 is **TENDERED BUT REJECTED BY THE COURT.**

Plaintiff's proposed jury instruction 24 is **TENDERED BUT REJECTED BY THE COURT.**

4:26 p.m.   Discussion regarding verdict form.

**4:32 p.m.   Court in Recess.**

**Trial continued.   Total time in Court:  5:33**