IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

_____

Civil Action: 14-cv-01859-RBJ                     Date: December 29, 2015
Courtroom Deputy: Valeri P. Barnes              Court Reporter:  Kara Spitler

_____

| *Parties* | *Counsel* |
|---|---|
| COLORADO HOSPITALITY SERVICES, INC. | Marie Drake |
| | Michael Duffy *(telephonically)* |
| **Plaintiff,** | |
| v. | |
| OWNERS INSURANCE COMPANY, | Gregory Giometti |
| | Mark Honhart |
| **Defendant.** | |

_____

### COURTROOM MINUTES
_____

**MOTION  HEARING - Plaintiff's Amended Motion for Determination of Attorney Fees and Costs (Doc. 95)**

Court in Session:   1:31 p.m.

Appearance of counsel.

Plaintiff's witness, Michael Duffy, called and sworn.
1:32 p.m.        Direct examination by Ms. Drake.
1:48 p.m.        Cross-examination by Mr. Giometti.
                 **Defendant's Exhibit #1 (Doc. #95-3) admitted.**
                 **Defendant's Exhibit #2 (Doc. #95-4) admitted.**
2:06 p.m.        Witness excused.

Plaintiff's witness, Marie Drake, called and sworn.
2:07 p.m.        Direct examination by Mr. Duffy.
2:18 p.m.        Cross-examination by Mr. Giometti.
2:29 p.m         Redirect Examination by Mr. Duffy.
2:31 p.m         Questions by the Court.
2:36 p.m.        Witness excused.

15-cv-01633-RBJ
Page 2

Plaintiff's witness, Richard Crane, called and sworn.
2:38 p.m.		Direct examination by Mr. Duffy.

2:56 p.m.		Court in Recess.
3:14 p.m.		Court in Session.

Plaintiff's witness, Richard Crane, continued testimony.
3:15 p.m.		Cross-examination by Mr. Honhart.
3:30 p.m.		Redirect examination by Mr. Duffy.
3:37 p.m		Witness excused.

Defendant's witness, Franklin Patterson, called and sworn.
3:38 p.m.		Direct examination by Mr. Giometti.
4:09 p.m.		Cross-examination by Mr. Duffy.
4:19 p.m.		Questions by the Court.
4:24 p.m.		Witness excused.

4:25 p.m.		Argument by Mr. Duffy.

4:30 p.m.		Argument by Mr. Giometti.

The Court takes the Motion under advisement and will issue a written ruling.

Court in Recess: 4:48 p.m.		Hearing concluded.		Total time in Court: 2:59