IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 14-cv-001859-RBJ

COLORADO HOSPITALITY SERVICES, INC.,
a Colorado company d/b/a Peoria Hospitality, LLC,

Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio company,

Defendant.

**Consolidated with,**

Civil Action No. 15-cv-01046-RBJ

OWNERS INSURANCE COMPANY and
AUTO OWNERS INSURANCE COMPANY,

Petitioners,

v.

COLORADO HOSPITALITY SERVICES, INC.,

Respondent.

---

**SECOND AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Second Amended Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with United States District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. It is hereby

ORDERED that judgment is entered as to claim one, breach of contract, on behalf of the plaintiff, COLORADO HOSPITALITY SERVICES, INC. d/b/a PEORIA HOSPITALITY, LLC, and against the defendant, OWNERS INSURANCE COMPANY, in the amount of $42,094.17. It is

FURTHER ORDERED that judgment is entered as to claim two, unreasonable delay or denial of benefits pursuant to C.R.S. §§ 10-3-1115 and -1116, on behalf of the plaintiff, COLORADO HOSPITALITY SERVICES, INC. d/b/a PEORIA HOSPITALITY, LLC, and against the defendant, OWNERS INSURANCE COMPANY, of two times the covered benefit, specifically in the amount of $84,188.34, plus reasonable attorney fees and court costs as provided at C.R.S. 10-3-1116(1). It is

FURTHER ORDERED that, the Court awards to the plaintiff, Colorado Hospitality Services, Inc., d/b/a Peoria Hospitality, LLC, and against the defendant, Owners Insurance Company, $154,847.50 in attorney's fees and $19,828.55 in costs. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.66% per annum from the date of entry of the Second Amended Final Judgment.

Dated at Denver, Colorado this 4th day of January 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/ T.E. Sheahan
      Deputy Clerk

APPROVED BY THE COURT:

s/ R. Brooke Jackson
United States District Judge